# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANTOINE, | CASE NO. 1:07-cv-01450 LJO DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED |
| v. | |
| CRAIG PELZ, | |
| Defendant. | THIS DISMISSAL SHALL COUNT AS A STRIKE PURSUANT TO 28 U.S.C. §1915(g) |

Plaintiff Paul Antoine ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 13, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within fifteen days.[1] Plaintiff did not file timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

---

[1] The United States Postal Service returned the Findings and Recommendations on August 22, 2008 as undeliverable. A notation on the envelope reads "Return to Sender, Attempted - Not Known, Unable to Forward". However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The Findings and Recommendations, filed August 13, 2008, is adopted in full; and

3 | 2. This action is dismissed in its entirety for plaintiff's failure to obey a court order and failure to state a claim upon which relief may be granted. IT IS SO ORDERED.

**Dated:**   **September 16, 2008**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE