# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANTOINE, | CASE NO. 1:07-cv-01450 LJO DLB PC |
| Plaintiff, | ORDER DENYING WITHOUT PREJUDICE MOTION FOR LATE FILING OF AMENDED COMPLAINT |
| v. | |
| CRAIG PELZ, | (Doc. 24.) |
| Defendant. | |

Plaintiff Paul Antoine ("plaintiff") is a former state prisoner who was proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to a court order, Plaintiff was required to file his amended complaint by July 21, 2008. (Doc. 15.) Plaintiff failed to do so and on September 16, 2008, this action was dismissed for Plaintiff's failure to obey a court order and failure to state a claim.[1] (Doc. 21.) On October 20, 2008, Plaintiff filed a motion requesting that he be permitted to file his amended complaint late. (Doc. 24.)

This action is closed and Plaintiff has not filed a motion seeking relief from judgment. Fed. R. Civ. P. 60. Accordingly, the motion for leave to file an amended complaint is denied without prejudice.

IT IS SO ORDERED.

Dated: **July 7, 2009**     **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

---

[1] The United States Postal Service returned the order on September 29, 2008 as undeliverable. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

1